UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVAN BOULWARE ) <br> P.O. Box 630/ Unit C5 ) <br> Winton, NC 27986-0630 ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF PRISONS, ET AL. ) <br> 320 First Street, NW ) <br> Washington, DC 20534 ) <br> ) <br> Defendants. ) <br> _____ ) | Civil Action No. 06-2137 (HHK) <br> Electronic Case Filing |

### NOTICE OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Special Assistant United States Attorney Quan K. Luong as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530
(202) 514-9150
quan.luong@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  16th   day of February, 2007, a true and correct copy of the foregoing Notice of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

STEVAN BOULWARE
R# 32755-007
Rivers Correctional Institution
P.O. Box 630/ Unit C5
Winton, NC 27986-0630

/s/
QUAN K. LUONG
Special Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W. - Room E4417
Washington, D.C. 20530