UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVAN BOULWARE, )<br>)<br>Plaintiff )<br>)<br>)  Civil Action No. 06-2137 (HHK)<br>v. )<br>)<br>BUREAU OF PRISONS, et al. )<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendants Federal Bureau of Prisons, Harley Lappin, Scott Stermer, Harrell Watts, and Thomas Christenson, in their official capacity only, respectfully move for an enlargement of time to file an answer or otherwise respond to the complaint in this case pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure.[1]  Defendants' response is currently due on April 3, 2007. Defendant requests an enlargement of time until May 3, 2007, to file an answer or otherwise respond to the complaint.

Plaintiff, a *pro se* prisoner, bring this action against the Bureau of Prisons and four BOP employees in their official and individual capacities.  Plaintiff has not completed proper service on the defendants in their individual capacities at this time.

Because it is a Bivens action, the individual federal defendants sued in their personal capacity, have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15.  The decision whether to grant such representation is made by the

---

[1] In making this motion for an extension of time, defendants do not waive any defense or defenses available to him under Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel.

The process begins, however, with a request from the federal employees and their respective agency. Defendants have started, but has not completed, the process of requesting DOJ representation from the Torts Branch. Accordingly, this Office cannot yet represent the defendant in their individual capacities once they are properly served.

Because the defenses of the individual federal defendants in their individual and official capacities will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time. Therefore, the enlargement will serve judicial economy.

Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[2]

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
QUAN K. LUONG

---

[2] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Special Assistant United States Attorney
555 Fourth Street, N.W., Room E-4417
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify I caused copies of the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

    **STEVAN BOULWARE**
    R32755-007
    RIVERS CORRECTIONAL INSTITUTION
    P.O. Box 630/ Unit C5
    Winton, NC 27986-0630

on this 30th day of March, 2007.

                                                    _____/s/_____
                                                    QUAN K. LUONG
                                                    Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVAN BOULWARE,  )
                 )
     Plaintiff   )
                 )
                 ) Civil Action No. 06-2137 (HHK)
     v.          )
                 )
BUREAU OF PRISONS, et al. )
                 )
     Defendants. )

**ORDER**

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this \_\_\_\_ day of _____, 2007, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before May 3, 2007.

_____
UNITED STATES DISTRICT JUDGE