UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVAN BOULWARE,

                Plaintiff,

                v.

FEDERAL BUREAU OF PRISONS *et al.*,

                Defendants.

Civil Action 06-2137 (HHK)

**ORDER**

This matter is before the Court on Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12 (b)(1) and (b)(6). Plaintiff, who is proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is this 21st day of May 2007,

**ORDERED** that plaintiff shall respond to defendants' motion to dismiss by **June 19, 2007**. If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the complaint.

                                                  _____s/s_____
                                                  Henry H. Kennedy, Jr.
                                                  United States District Judge