UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVAN BOULWARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 06-2137 (HHK) |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANTS' NOTICE OF SECOND ATTEMPT AT SERVICE**

Defendants Federal Bureau of Prisons, et al. hereby file this notice of second attempt at service and advise the Court as follows:

1. On June 15, 2007, Defendants filed with the Court and mailed to the Plaintiff a copy of the Defendants' Reply in Support of Motion to Dismiss (Defendants' Reply). See Docket Entry 17.

2. On July 3, 2007, the copy of the Defendants' Reply that was mailed to the Plaintiff was returned to the office of the undersigned counsel and stamped "refused."

3. On July 9, 2007, the undersigned counsel served another copy of the Defendants' Reply upon the Plaintiff.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

      /s/
QUAN K. LUONG
Special Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

_____I certify that on July 9th, 2007, a true and correct copy of the foregoing: (1) Defendants' Notice of Second Attempt at Service and (2) Defendants' Reply in Support of Motion to Dismiss, Docket Entry 17, was sent by first class mail, postage prepaid to:

>STEVAN BOULWARE
>R #32755-007
>RIVERS CORRECTIONAL INSTITUTION
>P.O. Box 630
>Winton, NC 27986

_____/s/_____
Quan K. Luong
Special Assistant United States Attorney