UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVAN BOULWARE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 06-2137 (HHK) |
| | ) |
| BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Special Assistant United States Attorney Quan K. Luong.

Dated: September 27, 2007                Respectfully submitted,


                                         /s/
                                         QUAN K. LUONG


                                         /s/
                                         BLANCHE L. BRUCE
                                         D.C. Bar No. 960245
                                         Assistant United States Attorney
                                         555 Fourth St., N.W.
                                         Washington, D.C. 20530
                                         (202) 307-6078