UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **STEVAN BOULWARE,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　　　v.<br><br>**FEDERAL BUREAU OF PRISONS** *et al.*,<br><br>　　　　　　**Defendants.** | Civil Action 06-2137  (HHK) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.

　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: October 29, 2007